IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MARSHALL P. GRAVES                                              PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:17-cv-141-KS-RHW

SUPERINTENDENT J. BANKS                                         DEFENDANT

## ORDER

THIS CAUSE IS BEFORE THE COURT on Demand for Summary Judgment [11] filed by Plaintiff, Marshall P. Graves and Report and Recommendation [21] of United States Magistrate Judge Robert Walker entered herein on July 16, 2018, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court having fully reviewed the same, as well as the record in this matter and being fully advised in the premises, finds that the Report and Recommendation [21] should be adopted as the opinion of this Court.

IT IS THEREFORE ORDERED that the Report and Recommendation [21] be, and the same hereby is, ADOPTED as the finding of this Court and the Demand for Summary Judgment [11] be, and the same is, hereby DENIED.

SO ORDERED this the ___14th___ day of September, 2018.

                                                       ___s/Keith Starrett_____
                                                       UNITED STATES DISTRICT JUDGE